UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA MADORE,

    Plaintiff,

v.                                    Case No. 8:23-cv-2001-CEH-LSG

DOLGENCORP, LLC,

    Defendant.
_____/

## ORDER

Under Rule 35, Federal Rules of Civil Procedure, the court may order a physical or mental examination of a party whose condition "is in controversy.". FED. R. CIV. P. 35(a)(1). A motion requesting such an order must demonstrate good cause and "must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform" the examination. FED. R. CIV. P. 35(a)(2).

The defendant Dolgencorp, LLC, moves to compel a compulsory medical examination of the plaintiff. Doc. 31. The defendant explains that the plaintiff's physical condition "is in controversy" because the plaintiff alleges that her "ongoing hip problems" resulted from a trip and fall at the defendant's store. Doc. 31, p. 1–2. The defendant also provides the examination information required by Rule

35(a)(2)(B). Doc. 31, p. 2. The plaintiff files no response, and therefore the motion is unopposed.

Accordingly, for good cause shown, the defendant's motion to compel a Rule 35 medical examination, Doc. 31, is **GRANTED**. The plaintiff Barabara Madore must appear and submit to a physical examination by Dr. George R. Companioni on April 21, 2025, at 10:00 a.m. at Dr. Companioni's office located at 21756 State Road 54, #102A, Lutz, Florida, 33549.

**ORDERED** in Tampa, Florida, on this 28th day of January, 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge